[No. 29616-1-II.   Division Two.   March 16, 2004.]

THE STATE OF WASHINGTON, *Respondent,* v. HUGO ROBERTO PEDRO, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02536-1, Katherine M. Stolz, J., entered November 8, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 30040-1-II.   Division Two.   March 16, 2004.]

THE STATE OF WASHINGTON, *Respondent,* v. HEATHER SHANDREA WINTERS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-1-01229-7, M. Karlynn Haberly, J., entered February 21, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 30054-1-II.   Division Two.   March 16, 2004.]

THE STATE OF WASHINGTON, *Respondent,* v. ERROL BOBBY MAYERS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-04880-5, Stephanie A. Arend, J., entered March 6, 2003. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Armstrong, JJ.

[No. 30353-1-II.   Division Two.   March 16, 2004.]

*In the Matter of the Parentage of* SARA NICOLE CARBERRY.

KENNETH P. STOTTS, *Respondent,* v. STEPHANIE F. CARBERRY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 98-5-01438-1, Frederick W. Fleming, J., and H. Edward Haarmann, J. Pro Tem., entered May 12, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.